**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6037

ANTHONY WASHINGTON,

Plaintiff - Appellant,

versus

RUFUS FLEMING, Regional Director; J. Halsey
HARRIS, Regional Obudsman; EDDIE L. PEARSON,
Chief Warden; DAVID B. EVERETT, Assistant
Warden of Operation and Security; JAMILA F.
BURNEY, Assistant Warden of Housing and
Programs; RICK E. WHITE, Senior Counselor;
MICHAEL SHAWN EDWARDS, Chaplin; RUFUS
ROBINSON, Unit Manager; L. MURPHY, Grievance
Coordinator; SERGEANT PARHAM, Correctional
Officer; MR. APPEL, Registered Nurse;
LIEUTENANT HAMLETTE; JOHN DOE, IV; OFFICER
KELLY; SERGEANT TISCHLER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-02-778)

Submitted: August 26, 2004      Decided: September 1, 2004

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Anthony Washington, Appellant Pro Se.  Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; John David McChesney, Ashton Marie Jennette, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Washington seeks to appeal the district court's order dismissing the claims against Defendant Appel in Washington's ongoing 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Washington seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED